**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 16-4234

Short Caption: Henry, et al. v. Hulett, et al.

   To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

   The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

   **[ ]   PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

American Civil Liberties Union, Gina Fedock, Claudia Flores, Jennifer M. Green, Just Detention

International, Michele Leiby, Fionnuala Ni Aolain, Roderick & Solange MacArthurJustice Center,

Kim Thuy Seelinger, Uptown People's Law Center, Women's Prison Association, Elisabeth Jean Wood

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Roderick & Solange MacArthurJustice Center, ACLU National Prison Project, ACLU Women's Rights Project,

ACLU of Illinois

(3) If the party or amicus is a corporation:

   i) Identify all its parent corporations, if any; and

   ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

Attorney's Signature: s/ Daniel M. Greenfield     Date: August 20, 2019

Attorney's Printed Name: Daniel M. Greenfield

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).     Yes  X     No ____

Address: 375 East Chicago Avenue, Chicago, IL 60611-2069

Phone Number: (312) 503-8538     Fax Number: (312) 503-1272

E-Mail Address: daniel-greenfield@law.northwestern.edu

rev. 01/15 GA

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

> By: *s/ Daniel M. Greenfield*
> 　　　Daniel M. Greenfield